UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-MC-23070-KMM

IN THE MATTER OF THE ARBITRATION BETWEEN
TRADEWINDS, LTD., d/b/a TRADEWINDS
CONSULTING, LTD.,

    Plaintiff,

v.

GRUPO DOLPHIN DISCOVERY and
CONTROLADORA DOLPHIN, S.A. de C.V.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO COMMENCE PROCEEDINGS SUPPLEMENTARY AND ISSUING NOTICE TO APPEAR

This matter came before the Court upon Plaintiff Tradewinds, Ltd.'s Motion to Commence Proceedings Supplementary, ECF No. [28]. The matter has been referred to the undersigned Magistrate Judge to take all necessary and proper action as required by law regarding the Plaintiff's Motion, ECF No. [29].

The Plaintiff has obtained a final judgment against Defendant Controladora Dolphin S.A. de C.V. in the United States District Court for the Central District of California and has registered that judgment in the United States District Court for the Southern District of Florida, ECF No. [1]. A writ of execution was issued by the clerk of this Court on March 12, 2018, and the execution remains valid and outstanding, ECF Nos. [5], [28]. Plaintiff now seeks initiation of proceedings supplementary through the filing of the instant motion and supporting affidavit. As Plaintiff has satisfied the statutory prerequisites set forth in Fla. Stat. § 56.29, the Plaintiff is entitled to commence proceedings supplementary and Plaintiff's Motion is GRANTED.

Accordingly, it is

**ORDERED AND ADJUDGED** that on or before January 25, 2019, Defendant Controladora Dolphin S.A. de C.V. shall appear in this court through the filing of an affidavit with this Court, as provided in Fla. Stat. § 56.16, and pursuant to Fla. Stat. § 56.29. The affidavit shall state why the property, debt, or other obligations listed in Plaintiff's Motion to Commence Proceedings Supplementary, and restated below, should not be applied to satisfy the judgment stated therein:

- All shares in Dolphin Leisure, Inc. currently held by Judgment Debtor Controladora;

- All promissory notes held by Dolphin Leisure, Inc. and Gulf World Marine Park made in favor of Judgment Debtor Controladora to Tradewinds, Ltd.;

- All payments from Dolphin Leisure, Inc., Gulf World Marine Park, Inc., and GWMP, LLC to Judgment Debtor Controladora

Pursuant to Fla. Stat. § 56.29, Defendant Controladora Dolphin S.A. de C.V. may present defenses within—or filed contemporaneously with—the affidavit. Defendant Controladora Dolphin S.A. de C.V. is entitled to discovery as provided under the Federal Rules of Civil Procedure. Further, Defendant Controladora Dolphin S.A. de C.V. is entitled to a jury trial as provided in Fla. Stat. § 56.18.

**DONE AND ORDERED** in chambers in Miami, Florida this 3rd day of January, 2019.

_Andrea M. Simonton_
ANDREA M. SIMONTON
CHIEF UNITED STATES MAGISTRATE JUDGE

**Copies furnished via CM/ECF to:**
The Honorable K. Michael Moore, Chief United States District Judge
All counsel of record